UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 7, 2021
```

OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

TELIGENT, INC. and JASON GRENFELL-GARDNER,

*Defendants*.

Case No. 1:19-cv-03354-VM

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Susan L. Grace, hereby move this Court for leave to withdraw as counsel for Defendants Teligent, Inc. and Jason Grenfell-Gardner ("Defendants"). Lead Counsel for Defendants, Douglas P. Baumstein, left White & Case LLP in October 2020 and will continue to represent Defendants at his new firm, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. (*See* Notice of Change of Address (ECF No. 59).) Accordingly, I respectfully request that the Court direct the clerk to remove me as counsel for Defendants, and to further remove my name and email address from the ECF notification list for this matter.

Dated: January 6, 2021

Respectfully submitted,

*s/ Susan L. Grace*
Susan L. Grace
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
susan.grace@whitecase.com

Request **GRANTED.**
The Clerk of Court is hereby respectfully directed to remove Susan L. Grace as counsel for Defendants, and to further remove Susan L. Grace's name and email address from the ECF notification list.

**SO ORDERED.**

January 7, 2021
DATE

VICTOR MARRERO, U.S.D.J.